

21-cv-4703

Exhibit A

```
INDIANA UC SERVICE CENTER
630 KOLTER DR
INDIANA  PA  15701-3570

PHONE NO.: 888-313-7284
FAX NO.: 724-599-1068
```



**pennsylvania**
DEPARTMENT OF LABOR & INDUSTRY
OFFICE OF UNEMPLOYMENT COMPENSATION BENEFITS POLICY

DATE MAILED
MAY 18, 2021

# NOTICE OF FINANCIAL DETERMINATION

SOC.SEC.ACCT.NO. 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

| OFFICE USE ONLY |
| --- |
| AB 05/09/21  UC |
| CODE 2  MAX.WKS. 0 |
| PBC 0  WBR 0  MBA 0 |
| NO.DEP. 0  WDA 0  MDA 0 |
| SX-1  OFFICE NO. 0997 |

```
JORDAN T. BRESLOW
314 S HENDERSON RD   G-103
KING OF PRUSSIA   PA   19406
```

Dear **MR. BRESLOW:**

You recently filed an application for unemployment compensation benefits with the Office of UC Benefits. This financial determination notifies you that you are not financially eligible for benefits. Your financial eligibility is based on the wages you were paid and the credit weeks you earned during your base year (the first four of the last five completed calendar quarters immediately prior to filing your claim) which is from **JAN 01, 2020** to **DEC 31, 2020**.

During your base year, our records show that no wages were reported by any employer(s) under the Social Security Account Number you furnished to us. If the Social Security Account Number on this determination is incorrect, it is important that you immediately contact the UC Service Center to correct this error.

If the Social Security Account Number on this determination is correct and you worked during your base year, it is important that you immediately contact the UC Service Center to investigate this matter. Have this determination available when you contact the UC Service Center along with any work evidence (pay stubs, W-2 Form(s), separation notices, etc.) you have for your base year. **Note:** Wages that have been used before as the basis for a financially-eligible application **cannot** be used again for calculating financial eligibility on a subsequent application.

<u>Right of Appeal</u> - The last day to timely appeal this determination is: **JUN 02, 2021**. If you disagree with this determination, you may appeal. If you want to file an appeal, you must do so on or before the date shown above. For appeal information and instructions, see enclosed Form UC-47, APPEAL INSTRUCTIONS.

<u>Note:</u>  If this determination is correct and you remain unemployed, you may reapply for benefits during the first full week of the next calendar quarter when the base year used to determine your financial eligibility changes.

*Auxilary aids and services are available upon request to individuals with disabilities.*
*Equal Opportunity Employer/Program.*

UC-44F Code 2 REV 01-13