### DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff demands trial by jury in this action on all issues so triable.

Dated: November 3rd, 2021

Respectfully Submitted,

*[signature]*



Breslow v. Gleeson et al.
Case # 2:21-cv-04703

U.S.M.S
X-RAY

2021 NOV -4 AM 8:55
USDC-EDPA REC'D CLERK



RECEIVED NOV - 4 2021