Breslow v. Gleeson et al.

Case # 2:21-cv-04703

Additional Proof of service for SunRun, Inc. Initial service via certified mail was returned, this updated address was provided. Please see attached certified mail stub, to satisfy service.

Respectfully submitted,

JB (Pro se Plaintiff)

Date: 11/12/2021

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

San Francisco, CA 94104   OFFICIAL USE

| Certified Mail Fee | $3.75 | 0806 |
| --- | --- | --- |
| $ | | 48 |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)    $ $0.00
- ☐ Return Receipt (electronic)   $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required    $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postmark Here — KING OF PRUSSIA POST OFFICE, PA 19406 — NOV 10 2021 — 11/10/2021

Postage  $24.35
Total Postage and Fees  $28.10

Sent To: SunRun, Inc.
Street and Apt. No., or PO Box No.: 225 Bush Street, Suite 1400
City, State, ZIP+4®: San Francisco, CA 94104

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7021 0350 0001 5007 0315

Breslow v. Carvana Co.
Case #: 2:21-CV-04925

2021 NOV 12 PM 1:2
USDC-EDPA REC'D CLERK

U.S.M.S.
PAY