Jordan Breslow (Pro Se)

314 S Henderson Rd, Unit G103

King of Prussia, PA 19406

U.S. District Court, Eastern Pennsylvania

| | | |
|---|---|---|
| Jordan Breslow | ) | Case No.: 2:21-cv-04703 |
| Plaintiff, | ) | |
| v. | ) | **Motion for *Default* Judgment** |
| Tope Lala | ) | |
| Defendant. | ) | |

THIS COURT FINDS that:

- Defendant was served with process at their current address of record; On 11/2/2021
- Defendant failed to answer or otherwise plead in response to Plaintiff's Complaint filed with this Court; and
- Plaintiff is entitled to an entry of Default entered against Defendant, pursuant to Federal Civil Rule 55

IT IS HEREBY ORDERED AND DECREED, that Default Judgment be entered against the Defendant to this matter, and that Plaintiff is entitled to recover **$407,333.33** in damages, plus fees and costs, including reasonably incurred attorneys fees.

Signed in open court this ____ day of _____, _____

_____
[Judge's Name]

Jordan Breslow (Pro Se)

314 S Henderson Rd, Unit G103

King of Prussia, PA 19406

U.S. District Court, Eastern Pennsylvania

| | | |
|---|---|---|
| Jordan Breslow | ) | Case No.:   2:21-cv-04703 |
|    Plaintiff, | ) | |
| v. | ) | **Motion for Default Judgment** |
| Geoff Mirkin | ) | |
|    Defendant. | ) | |

THIS COURT FINDS that:

- Defendant was served with process at their current address of record; on 11/2/2021
- Defendant failed to answer or otherwise plead in response to Plaintiff's Complaint filed with this Court; and
- Plaintiff is entitled to an entry of Default entered against Defendant, pursuant to Federal Civil Rule 55

IT IS HEREBY ORDERED AND DECREED, that Default Judgment be entered against the Defendant to this matter, and that Plaintiff is entitled to recover $407,333.33 in damages, plus fees and costs, including reasonably incurred attorneys fees.

Signed in open court this ____ day of _____, _____

_____
[Judge's Name]

Jordan Breslow (Pro Se)

314 S Henderson Rd, Unit G103

King of Prussia, PA 19406

U.S. District Court, Eastern Pennsylvania

| | | |
|---|---|---|
| Jordan Breslow | ) | Case No.:   2:21-cv-04703 |
|     Plaintiff, | ) | |
| v. | ) | **Motion for Default Judgment** |
| Aloysius Gleeson | ) | |
|     Defendant. | ) | |

THIS COURT FINDS that:

- Defendant was served with process at their current address of record; On 11/2/2021
- Defendant failed to answer or otherwise plead in response to Plaintiff's Complaint filed with this Court; and
- Plaintiff is entitled to an entry of Default entered against Defendant, pursuant to Federal Civil Rule 55

IT IS HEREBY ORDERED AND DECREED, that Default Judgment be entered against the Defendant to this matter, and that Plaintiff is entitled to recover **$407,333.33** in damages, plus fees and costs, including reasonably incurred attorneys fees.

Signed in open court this ____ day of _____, ____

_____
[Judge's Name]

Jordan Breslow (Pro Se)

314 S Henderson Rd, Unit G103

King of Prussia, PA 19406

U.S. District Court, Eastern Pennsylvania

| | | |
|---|---|---|
| Jordan Breslow | ) | Case No.:   2:21-cv-04703 |
|         Plaintiff, | ) | |
|    v. | ) | **Motion for Default Judgment** |
| William McColley | ) | |
|         Defendant. | ) | |

THIS COURT FINDS that:

- Defendant was served with process at their current address of record; on 11/2/2021
- Defendant failed to answer or otherwise plead in response to Plaintiff's Complaint filed with this Court; and
- Plaintiff is entitled to an entry of Default entered against Defendant, pursuant to Federal Civil Rule 55

IT IS HEREBY ORDERED AND DECREED, that Default Judgment be entered against the Defendant to this matter, and that Plaintiff is entitled to recover $407,333.33 in damages, plus fees and costs, including reasonably incurred attorneys fees.

Signed in open court this ____ day of _____, _____

_____
[Judge's Name]

1  Jordan Breslow (Pro Se)

2  314 S Henderson Rd, Unit G103

3  King of Prussia, PA 19406

U.S. District Court, Eastern Pennsylvania

| | | |
|---|---|---|
| Jordan Breslow | ) | Case No.: 2:21-cv-04703 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **Motion for Default Judgment** |
| v. | ) | |
| | ) | |
| Solar Energy World LLC | ) | |
| Defendant. | ) | |

THIS COURT FINDS that:

- Defendant was served with process at their current address of record; 11/3/2021
- Defendant failed to answer or otherwise plead in response to Plaintiff's Complaint filed with this Court; and
- Plaintiff is entitled to an entry of Default entered against Defendant, pursuant to Federal Civil Rule 55

IT IS HEREBY ORDERED AND DECREED, that Default Judgment be entered against the Defendant to this matter, and that Plaintiff is entitled to recover **$407,333.33** in damages, plus fees and costs, including reasonably incurred attorneys fees.

Signed in open court this ____ day of _____, ____

_____
[Judge's Name]

Case 2:21-cv-04703-JHS   Document 10   Filed 11/24/21   Page 6 of 6

Breslow v. Gleeson et al.

Case #: 2:21-cv-04703

2021 NOV 24 AM 9:09
USDC-EDPA RECD CLERK



U.S.M.S. X-RAY