UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JORDAN T. BRESLOW** An individual, <br><br> Plaintiff, <br><br> vs. <br><br> **ALOYSIUS E. GLEESON**, an individual, **TOPE LALA**, an individual, **GEOFF MIRKIN**, an individual, **WILLIAM MCCOLLEY**, an individual, **SOLAR ENERGY WORLD, LLC**, a Pennsylvania limited liability company, **SUN RUN, INC.**, a foreign business corporation, <br><br> Defendants. | CIVIL ACTION NO.: 21-04703 |

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of all Defendants in the above-captioned matter.

Respectfully Submitted,

**JACKSON LEWIS P.C.**

*/s/ Eileen K. Keefe*
Eileen K. Keefe (PA Bar #93194)
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, PA 19102
T: (267) 319-7802
F: (215) 857-8196
eileen.keefe@jacksonlewis.com
*Attorneys for Defendants*

Date: December 1, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of December, 2021, I caused a true and correct copy of this Notice of Appearance and Certificate of Service to be served upon the following via first class mail:

Jordan T. Breslow
314 S. Henderson Road
#G103
King of Prussia, PA 19406
*Pro Se*

Respectfully Submitted,

**JACKSON LEWIS P.C.**

*/s/ Eileen K. Keefe*
Eileen K. Keefe (PA Bar #93194)

4881-4614-8869, v. 1