UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JORDAN BRESLOW,<br><br>                    Plaintiff,<br><br>         v.<br><br>SOLAR ENERGY WORLD, *et al.,*<br><br>                    Defendants. | No. 2:21-cv-04703-JHS |

## DEFENDANT SUNRUN, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Sunrun, Inc. ("Sunrun"), by and through its counsel, hereby certifies:

1)	The nongovernmental corporate party, Sunrun, Inc. is a publicly traded Delaware corporation.  FMR LLC (or Fidelity Management and Research Company) holds 10% or more of Sunrun's stock.

                                        Respectfully submitted,

                                        GORDON REES SCULLY MANSUKHANI, LLP

                                        /s/ Alexander Nemiroff
                                        Alexander Nemiroff (PA ID #92250)
                                        Jonathan Avolio (PA ID #327910)
                                        Three Logan Square
                                        1717 Arch Street, Suite 610
                                        Philadelphia, PA  19103
                                        (267) 602-2040 (phone)
                                        (215) 253-5017 (fax)
                                        anemiroff@grsm.com
                                        javolio@grsm.com

                                        *Attorneys for Defendant Sunrun, Inc.*

Dated: December 1, 2021

1

## CERTIFICATE OF SERVICE

I certify that on the 1st day of December 2021, Defendant Sunrun, Inc.'s Corporate Disclosure Statement was electronically filed and is available for viewing and downloading from the ECF system. Plaintiff and Defendant's counsel has consented to service through the ECF system.

>*/s/ Alexander Nemiroff*
>Alexander Nemiroff, Esq.
>Attorneys for Defendant Sunrun, Inc.