BRESLOW v. GLEESON et al

CASE #: 2:21-cv-04703

### ***Objection to MOTION for Extension of Time to File Answer to Plaintiff's Complaint filed by ALOYSIUS E. GLEESON, TOPE LALA, WILLIAM MCCOLLEY, GEOFF MIRKIN, SOLAR ENERGY WORLD, LLC***

Firstly, I as the Pro Se Plaintiff was never served with a copy of this motion. Secondly and most importantly, I do not feel this is warranted. The defendants had sufficient time to answer the complaint as outlined in Rule 55 of Federal Civil Procedure. To me this seems like a delaying tactic, and I asked the court to deny defendants' motion.

Respectfully submitted,

Jordan Breslow