| | |
|---|---|
| **From:** | Jordan Breslow <jordanbreslow93@gmail.com> |
| **Sent:** | Tuesday, December 7, 2021 3:01 PM |
| **To:** | PAED Documents |
| **Cc:** | sarah.mckinney@jacksonlewis.com; eileen.keefe@jacksonlewis.com |
| **Subject:** | Breslow v. Gleeson et al. CASE #: 2:21-cv-04703 |
| **Attachments:** | BRESLOW v. GLEESON et al Objection to Motion to Strike Dec 2021.pdf; Objection to Extension Breslow v. Gleeson et al Dec 2021.pdf |

**CAUTION - EXTERNAL:**

Please add to the docket.

Regards,

Jordan Breslow

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.