## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____/

**JORDAN T. BRESLOW**
an individual,

    Plaintiff,                                          Case No.: 2:21-cv-04703-JHS

v.

**ALOYSIUS E. GLEESON**, an individual,
**TOPE LALA**, an individual,
**GEOFF MIRKIN**, an individual,
**WILLIAM MCCOLLEY**, an individual,
**SOLAR ENERGY WORLD, LLC**, a Pennsylvania
limited liability company,
**SUN RUN, INC.**, a foreign business corporation,

    Defendants.

_____/

## **WITHDRAWAL OF APPEARANCE**

TO THE CLERK:

    Kindly withdraw the appearance of myself, Steven T. Auerbach, Esq., as counsel for the above-captioned Defendants in this matter.

                                                 **LAW OFFICE OF STEVEN T. AUERBACH**

                                         By:    */s/ Steven T. Auerbach*
                                                         Steven T. Auerbach, Esq.
                                                         822 Montgomery Ave.
                                                         Suite 210
                                                         Narberth, PA 19072
                                                         (215) 964-4410
                                                         Auerbach.Steven@gmail.com

                                                     *Attorney for Defendants*

Dated: December 8, 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____/

**JORDAN T. BRESLOW**
an individual,

    Plaintiff,                                       Case No.: 2:21-cv-04703-JHS

v.

**ALOYSIUS E. GLEESON**, an individual,
**TOPE LALA**, an individual,
**GEOFF MIRKIN**, an individual,
**WILLIAM MCCOLLEY**, an individual,
**SOLAR ENERGY WORLD, LLC**, a Pennsylvania limited liability company,
**SUN RUN, INC.**, a foreign business corporation,

    Defendants.

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2021, the attached withdrawal of appearance was electronically filed, and is available for viewing and downloading via the Court's ECF system.

                                  **LAW OFFICE OF STEVEN T. AUERBACH**

                              By:    */s/ Steven T. Auerbach*
                                        Steven T. Auerbach, Esq.
                                        822 Montgomery Ave.
                                        Suite 210
                                        Narberth, PA 19072
                                        (215) 964-4410
                                        Auerbach.Steven@gmail.com

                                        *Attorney for Defendants*

Dated: December 1, 2021