## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JORDAN T. BRESLOW** An individual, <br><br> Plaintiff, <br><br> vs. <br><br> **ALOYSIUS E. GLEESON**, an individual, **TOPE LALA**, an individual, **GEOFF MIRKIN**, an individual, **WILLIAM MCCOLLEY**, an individual, **SOLAR ENERGY WORLD, LLC**, a Maryland limited liability company, **SUN RUN, INC**., a foreign business corporation, <br><br> Defendants. | CIVIL ACTION NO.: 21-04703 |

## DEFENDANTS', ALOYSIUS E. GLEESON, TOPE LALA, GEOFF MIRKIN, WILLIAM MCCOLLEY, AND SOLAR ENERGY WORLD, LLC, MOTION TO DISMISS

For the reasons set forth in the accompanying memorandum of law, Defendants, Aloysius E. Gleeson, Tope Lala, Geoff Mirkin, William McColley, and Solar Energy World, LLC, by and through their undersigned counsel, respectfully request that the Court enter the accompanying Order pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(2), (1) dismissing Plaintiff's claims against the individual named Defendants, Aloysius E. Gleeson, Tope Lala, Geoff Mirkin, and William McColley, with prejudice; and (2) dismissing Plaintiff's claims against Defendant, Solar Energy World, LLC, with prejudice; or (3) in the alternative, transferring this action to a proper venue under 28 U.S.C. § 1406(a).

Respectfully submitted,

**JACKSON LEWIS P.C.**

*/s/ Eileen K. Keefe*

        Eileen K. Keefe (PA Bar #93194)
        Sarah McKinney (PA Bar #329322)
        Three Parkway
        1601 Cherry Street, Suite 1350
        Philadelphia, PA 19102
        T: (267) 319-7802
        F: (215) 857-8196
        eileen.keefe@jacksonlewis.com
        sarah.mckinney@jacksonlewis.com

*Attorneys for Aloysius E. Gleeson, Tope Lala, Geoff Mirkin, William McColley, Solar Energy World, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served a true and correct copy of ***Defendant's Motion to Dismiss*** and supporting papers to be served upon all recipients via the Court's ECF System, this 28th day of December 2021:

| | |
|---|---|
| Jordan T. Breslow<br>314 S. Henderson Road, #G103<br>King of Prussia, PA 19406<br><br>*Pro-se Plaintiff* | Alexander Nemiroff<br>Gordon & Rees, LLP<br>1717 Arch Street, Suite 610<br>Philadelphia, PA 19103<br><br>*Attorney for Defendant Sunrun, Inc.* |

Respectfully submitted,

**JACKSON LEWIS P.C.**

*/s/ Eileen K. Keefe*
Eileen K. Keefe