IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JORDAN T. BRESLOW,

        Plaintiff,

v.

ALOYSIUS E. GLEESON, et al.,

        Defendants.

CIVIL ACTION
NO. 21-4703

## ORDER

**AND NOW**, this 10th day of January 2022, upon consideration of Plaintiff's Complaint (Doc. No. 1), and a review of the docket, it is **ORDERED** that the Clerk of Court shall place the above-captioned case on the extranet for the Attorney Panel for Pro Se Plaintiffs in Employment Cases for appointment of counsel to represent pro se Plaintiff Jordan T. Breslow. The Clerk of Court is **ORDERED** to re-send to Plaintiff a copy of the Program Description for the Attorney Panel for Pro Se Plaintiffs in Employment Cases.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.