Breslow v. Gleeson et al.
Case #: 2:21-cv-04703

Re: Case held in suspense

    I'm writing to inquire to the court as to how much longer this case will be held in suspense. No attorney from the extranet program has been in contact.

    I humbly ask the court to allow this to move forward and for me to be allowed to proceed PRO SE in this matter. While I lack legal acumen or training, I know the facts of this case very well as I lived them.

    I'm eager to resolve this matter in a reasoned forum. I wait the court's decision.

Respectfully Submitted,

*[signature]*

Jordan Breslow (Plaintiff)

Date: March 21st, 2022