**From:**        Jordan Breslow <jordanbreslow93@gmail.com>
**Sent:**        Monday, March 21, 2022 11:36 AM
**To:**          PAED Documents
**Subject:**     Breslow v. Gleeson et al.
**Attachments:** 20220321105519.pdf


**CAUTION - EXTERNAL:**


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.