IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JORDAN T. BRESLOW,<br><br>                Plaintiff,<br><br>v.<br><br>ALOYSIUS E. GLEESON, et al.,<br><br>                Defendants. | CIVIL ACTION<br>NO. 21-4703 |

**NOTICE TO PLAINTIFF**

This Notice is in response to the letter dated March 21, 2022 from Jordan T. Breslow, the pro se Plaintiff in this case. (Doc. No. 27.)

On January 10, 2022, the Court ordered that the above-captioned case be placed on the extranet for the Attorney Panel for Pro Se Plaintiffs in Employment Cases. (Doc. No. 25.) The purpose of the Order was to determine if any counsel on the Attorney Panel was willing to represent pro se Plaintiff Jordan T. Breslow in his employment case against Defendants. On January 19, 2022, the case was placed in suspense by the Clerk of Court for a period of ninety (90) days, the period set forth in the Eastern District of Pennsylvania Standing Order dated November 9, 2015 and noted in the document titled "Attorney Panel for Pro Se Plaintiffs in Employment Cases: Program Description." During the ninety (90) day period, counsel on the Attorney Panel may review this case and decide whether counsel wishes to be appointed to represent Plaintiff.

The end of the ninety (90) day period in this case is April 19, 2022. Pursuant to the Standing Order, "[i]f a case remains on the extranet beyond the suspense period without an Order of Appointment, the Clerk's Office shall remove the case from suspense." Therefore, in the

1

absence of an Order appointing counsel, the above-captioned case will be taken out of suspense on April 20, 2022 and Plaintiff will either have to represent himself in this case or he may hire his own counsel.

If Plaintiff prefers that the case be taken off the extranet for the Attorney Panel and out of suspense prior to April 20, 2022, he may ask the Court to do so in a letter or motion filed of record. The case will then proceed with Plaintiff either representing himself or hiring his own counsel.

BY THE COURT:

/s/ Joel H. Slosmky\_\_\_\_
JOEL H. SLOMSKY, J.