## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JORDAN T. BRESLOW,                    :
     Plaintiff,                         :
                                              :
    v.                                        :          CIVIL ACTION NO. 21-4703
                                              :
ALOYSIUS E. GLEESON, et al.            :
     Defendants.                        :

## ORDER

AND NOW, this 20th day of April, 2022, it is **ORDERED** that this case shall be

**REMOVED** from the Employment Panel because no attorney has volunteered to accept

appointment in this case.  Plaintiff must represent himself at this time if he seeks to proceed with

this case.

                               **BY THE COURT:**

                               /s/Joel H. Slomsky
                               **JOEL H. SLOMSKY, J.**