IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JORDAN T. BRESLOW,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ALOYSIUS E. GLEESON, et al.,<br><br>　　　　　　Defendants. | CIVIL ACTION<br>NO. 21-4703 |

# **ORDER**

**AND NOW**, this 20th day of April 2022, upon consideration of Defendant Sunrun Inc.'s Motion to Dismiss (Doc. No. 13), Plaintiff's Response (Doc. No. 22), and Defendants Aloysius E. Gleeson, Tope Lala, William McColley, Geoff Mirkin, and Solar Energy World, LLC's Motion to Dismiss (Doc. No. 23), it is **ORDERED** that a hearing on the Motions will be held on **May 11, 2022, at 2:00 p.m.** in Courtroom 13A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　/s/ Joel H. Slomsky_____
　　　　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.