Breslow v. Gleeson et al.

Case#: 2:21-cv--04703

4/21/2022

I accept this His Honor's recent order and wish to proceed in this case on a Pro Se basis.


      Respectfully Submitted,

      Jordan Breslow (Pro Se Plaintiff)