**From:**         Jordan Breslow <jordanbreslow93@gmail.com>
**Sent:**         Friday, April 22, 2022 12:30 PM
**To:**           PAED Documents
**Subject:**      Breslow v. Gleeson et al.
**Attachments:**  20220422122615.pdf

**CAUTION - EXTERNAL:**

Please see attached.

-Jordan Breslow

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.