IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JORDAN T. BRESLOW,<br><br>                Plaintiff,<br><br>    v.<br><br>ALOYSIUS E. GLEESON, et al.,<br><br>                Defendants. | CIVIL ACTION<br>NO. 21-4703 |

**ORDER**

**AND NOW**, this 12th day of May 2022, upon consideration of the docket in the above-captioned case and for the reasons stated by the Court on the record at the hearing held on May 11, 2021, it is **ORDERED** as follows:

1. Plaintiff is **GRANTED** leave to file an amended complaint by **June 10, 2022**.[1]

---

[1] When drafting his amended complaint, Plaintiff should consider the Court's statements on the record at the hearing held on May 11, 2022. Namely, Plaintiff is directed to follow the requirements set forth in the Federal Rules of Civil Procedure, such as those contained in Rule 8(a) and Rule 10(b).

Rule 8(a) has three requirements for a complaint: first, it contain a short and plain statement of the grounds for the Court's jurisdiction; second, it contain a short and plain statement of the claim showing that the pleader is entitled to relief; and third, it contain a demand for the relief sought. FED. R. CIV. P. 8(a). Further, Rule 10(b) has additional requirements, such as that a plaintiff must set forth the claims or defenses in numbered paragraphs, "each limited as far as practicable to a single set of circumstances." FED. R. CIV. P. 10(b).

Moreover, any amended complaint that Plaintiff files must identify all defendants in the caption of the amended complaint and must state the basis for Plaintiff's claims against each defendant in the body of the amended complaint. The amended Complaint must identify defendants and the actions taken by these defendants. See Garrett v. Wexford Health, 938 F.3d 69, 93 (3d Cir. 2019). Also, the amended complaint must be a complete document that does not rely on the initial Complaint (Doc. No. 1) or other papers filed in this case to state a claim. See Perry v. Well-Path, No. 20-2542, 2020 WL 6822966, at *1 n.4 (E.D. Pa. Nov. 20, 2020).

The amended complaint, once submitted to the Court, will be the operative complaint in the case and will supersede the prior pleading, Plaintiff's initial Complaint (Doc. No. 1).

2. The Clerk of Court is **DIRECTED** to send Plaintiff a blank copy of this Court's current standard form to be used by a self-represented litigant filing an employment discrimination action bearing the above-captioned civil action number. Plaintiff may use this form to file his amended complaint if he chooses to do so.[2]

BY THE COURT:

/s/ Joel H. Slomsky_____
JOEL H. SLOMSKY, J.

---

[2] This form is available on the Court's website at http://www.paed.uscourts.gov/documents/forms/frmcempf.pdf.