UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JORDAN T. BRESLOW** An individual, <br><br> Plaintiff, <br><br> vs. <br><br> **ALOYSIUS E. GLEESON**, an individual, **TOPE LALA**, an individual, **GEOFF MIRKIN**, an individual, **WILLIAM MCCOLLEY**, an individual, **SOLAR ENERGY WORLD, LLC**, a Maryland limited liability company, **SUN RUN, INC.**, a foreign business corporation, <br><br> Defendants. | CIVIL ACTION NO.: 21-04703 |

## DEFENDANTS', ALOYSIUS E. GLEESON, TOPE LALA, GEOFF MIRKIN, WILLIAM MCCOLLEY, AND SOLAR ENERGY WORLD, LLC, MOTION TO DISMISS PURSUANT TO RULE 41(B)

Defendants, Aloysius E. Gleeson, Tope Lala, Geoff Mirkin, William McColley, and Solar Energy World, LLC, by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(b), respectfully move this Court to dismiss this matter with prejudice for Plaintiff's failure to prosecute and for knowing and willful failure to comply with this Court's Order.

Respectfully submitted,

**JACKSON LEWIS P.C.**

*/s/ Eileen K. Keefe*
Eileen K. Keefe (PA Bar #93194)
Sarah B. Simanglatt (PA Bar #329322)
Three Parkway
1601 Cherry Street, Suite 1350

1

                          Philadelphia, PA 19102
                          T: (267) 319-7802
                          F: (215) 857-8196
                          eileen.keefe@jacksonlewis.com
                          sarah.simanglatt@jacksonlewis.com

                          *Attorneys for Aloysius E. Gleeson, Tope Lala, Geoff Mirkin, William McColley, Solar Energy World, LLC*

Dated:  June 23, 2022

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a true and correct copy of ***Defendants' Motion to Dismiss*** and supporting papers to be served upon all recipients via the Court's ECF System, this 23rd day of June, 2022:

| | |
|---|---|
| Jordan T. Breslow<br>314 S. Henderson Road, #G103<br>King of Prussia, PA 19406<br><br>*Pro se Plaintiff* | Alexander Nemiroff<br>Gordon & Rees, LLP<br>1717 Arch Street, Suite 610<br>Philadelphia, PA 19103<br><br>*Attorney for Defendant Sunrun, Inc.* |

Respectfully submitted,

**JACKSON LEWIS P.C.**

*/s/ Eileen K. Keefe*
Eileen K. Keefe

4864-3055-1333, v. 2