IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JORDAN T. BRESLOW,<br><br>        Plaintiff,<br><br>    v.<br><br>ALOYSIUS E. GLEESON, *et al.*<br><br>        Defendants. | CIVIL ACTION<br><br>No. 2:21-cv-04703-JHS |

**DEFENDANT SUNRUN INC.'S JOINDER TO MOTION TO DISMISS**

  Defendant Sunrun, Inc. ("Sunrun"), by and through its counsel of record, hereby joins the Motion to Dismiss Pursuant to Rule 41(B) filed by Defendants Aloysius E. Gleeson, Tope Lala, Geoff Mirkin, William McColley, and Solar Energy World, LLC (collectively the "SEW Defendants") that was filed on June 23, 2022. *See* [ECF 34].

  Sunrun adopts and incorporates herein those portions of the Memorandum of Law submitted by the SEW Defendants applicable to it. If for any reason the SEW Defendants' Motion to Dismiss becomes moot or is withdrawn, Sunrun requests that this Joinder serve as its own stand-alone motion.

  This Joinder is made based upon the pleadings and papers on file herein, including Sunrun's prior Motion to Dismiss filed on December 1, 2021 [ECF 14], its Memorandum in support of same, and oral argument of counsel on May 11, 2021 [ECF 32].

  **WHEREFORE**, for the foregoing reasons, Sunrun respectfully requests that this Court grant SEW Defendant's Motion to Dismiss Plaintiff's Complaint, in its entirety including Sunrun, and for such other and further relief as this Court deems appropriate.

1

Dated: July 8, 2022

                                                Respectfully submitted,

                                                **GORDON REES SCULLY MANSUKHANI, LLP**

                                       By:  s/ Alexander Nemiroff
                                                Alexander Nemiroff [92250]
                                                Three Logan Square
                                                1717 Arch Street, Suite 610
                                                Philadelphia, Pennsylvania 19103
                                                anemiroff@grsm.com
                                                T: +267.602.2040

                                                Attorneys for Defendant Sunrun, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a true and correct copy of Defendant Sunrun's Joinder to Motion to Dismiss upon all parties via the Court's ECF System, this 8th day of July 2022.

                                                    ___s/ Alexander Nemiroff_____
                                                    Alexander Nemiroff